IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PIERRE ADANANDUS,        No. C 09-0840 WHA (PR)

         Petitioner,        **ORDER OF DISMISSAL**

  v.

Warden A. HEDGPETH,

         Respondent.
                                       /

      This case was opened when the clerk received from plaintiff an application to proceed in forma pauperis ("IFP") and an affidavit in support of the application. The motion to proceed IFP (document number 1 on the docket) is **GRANTED**.

      The day the IFP application and affidavit were received the clerk sent petitioner a notice that he had not filed a complaint or petition and gave him thirty days to do so. He has not responded. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

      **IT IS SO ORDERED.**

Dated: April   13   , 2009.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\ADANANDUS0840.DSM.wpd